| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | CHRISTOPHER P. TENORIO |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 166022 |
|   | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
|   | Telephone: (619) 557-7843/(619) 557-7381 (Fax) |
| 5 | Email: Christopher.Tenorio@usdoj.gov |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3071-JLS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| GABRIEL MACIAS, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Please call me if you have any questions about this notice.

DATED:   February 6, 2008

              Respectfully submitted,

              KAREN P. HEWITT
              United States Attorney

              *s/ Christopher P. Tenorio*
              CHRISTOPHER P. TENORIO
              Assistant U.S. Attorney

|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07CR3071-JLS |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| GABRIEL MACIAS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Julie Blair, Esq.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2008.

s/ *Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

2