# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>GABRIEL MACIAS,<br><br>        Defendant. | Criminal Case No. 07CR3071-JLS<br><br>ORDER TO CONTINUE<br>SENTENCING HEARING |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing in the above-referenced case be continued from Friday, February 15, 2008 at 9:00 a.m., to Friday, February 22, 2008 at 9:00 a.m. The court finds that the time between February 15, 2008, and February 22, 2008 is excluded.

Dated: 2/11/2008

_Janis L. Sammartino_
HON. JANIS L. SAMMARTINO
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

_s/ Christopher P. Tenorio_
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney